UNITED STATES of America, Plaintiff-Appellee

v.

Jorge Luis GARZA, also known as Guillermo Huerta-Sanchez, also known as Mono Renzo, Defendant-Appellant

No. 16-20576
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed September 21, 2017

John Richard Berry, Assistant U.S. Attorney, Carmen Castillo Mitchell, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Jorge Luis Garza, Pro Se

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Defendant-Appellant Jorge Luis Garza appeals the denial of his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). Because of the large quantity of drugs attributable to Garza for sentencing, the reduction in base offense levels provided by Amendment 782 did not lower his base offense level or his sentencing range. The judgment is therefore AFFIRMED.[1]

---

1. *See United States v. Hernandez*, 645 F.3d 709, 712-13 (5th Cir. 2011).